**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: STANCATO, PAUL R § Case No. 08-20583
§
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 06, 2008. The undersigned trustee was appointed on August 07, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $       35,217.93

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6,474.43 |
| Bank service fees | 228.56 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 28,514.94 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/24/2008 and the deadline for filing governmental claims was 12/24/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,271.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,043.23, for a total compensation of $4,043.23.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $52.38, for total expenses of $52.38.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/20/2011        By: /s/MICHAEL G. BERLAND
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20583  
**Case Name:** STANCATO, PAUL R  

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 08/06/08 (f)  
**§341(a) Meeting Date:** 09/09/08  

**Period Ending:** 12/20/11  

**Claims Bar Date:** 12/24/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Accounts receivable--surveying business-schedule<br>   The Trustee is requesting that any remaining accounts receivable be deemed abandoned in the Final Report since they are uncollectible. | 40,515.00 | 8,785.00 | DA | 8,785.00 | FA |
| 2 | 8251 Lincoln Highway-scheduled | 286,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 590 N. Washington, Braidwood, Il-scheduled | 375,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 8231 Lincoln Highway, frankfort, Il-scheduled | 288,450.00 | 0.00 | DA | 0.00 | FA |
| 5 | 8243/54 Liinclon Highway,Frankfort,Il-shceduled | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 19393 Deer Creek,Ft Myers,Fla-scheduled | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 73 Iliad Drive,Tinley Park, Il-scheduled | 282,093.00 | 0.00 | DA | 0.00 | FA |
| 8 | Bank Of America-Business-scheduled<br>   LaSalle Bank was taken over by Bank Of America | 244.00 | 4,514.16 |  | 4,514.16 | FA |
| 9 | LaSalle Bank-Personal-scheduled | 493.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1st United,Frankfort, Il-scheduled | 48.00 | 0.00 | DA | 0.00 | FA |
| 11 | United leasing-scheduled | 427.81 | 0.00 | DA | 0.00 | FA |
| 12 | Commonweath Edison-Security Deposit-scheduled | 170.00 | 0.00 | DA | 0.00 | FA |
| 13 | Personal property-residence-schedued<br>   See asset 31 | 8,400.00 | 0.00 | DA | 0.00 | FA |
| 14 | Piano-scheduled<br>   See asste 31 | 7,800.00 | 0.00 | DA | 0.00 | FA |
| 15 | Rental property-mobile home-scheduled | 1,750.00 | 0.00 | DA | 0.00 | FA |
| 16 | Kinkade paintings, video tapes etc-scheduled<br>   See asset 31 | 3,160.00 | 0.00 | DA | 0.00 | FA |
| 17 | Clothing-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | Miscellaneous furs & jewelry-schedueld | 300.00 | 0.00 | DA | 0.00 | FA |
| 19 | Treadmill,workout bench-scheduled<br>   See asset 31 | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 20 | Toy trains-scheduled<br>   See asset 31 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | 401-scheduled | 2,225.51 | 0.00 | DA | 0.00 | FA |

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 08-20583  
**Case Name:** STANCATO, PAUL R  
**Period Ending:** 12/20/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 08/06/08 (f)  
**§341(a) Meeting Date:** 09/09/08  
**Claims Bar Date:** 12/24/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | ESOP-safe harbor-scheduled | 43,898.28 | 0.00 | DA | 0.00 | FA |
| 23 | Sole proprietorship-surveyng business-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 24 | Walter Cramer suit-scheduled<br>   Special counsel for the Trustee has not been able to collect on a judgment for $30,000 and the trustee does not believe that the bankruptcy estate should remain open. since no monies have been collected,Therefore, the Trustee requests that his interest in the judgment be deemed abandoned as part of the Final Report. | 27,825.00 | 0.00 | DA | 0.00 | FA |
| 25 | Stancato surviving customer list-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2004 Toyota Tundra-scheduled | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | 2002 Chevy S-10-scheduled | 3,370.00 | 2,750.00 | DA | 2,750.00 | FA |
| 28 | 2004 U-Haul trailer-scheduled | 500.00 | 1,400.00 | DA | 1,400.00 | FA |
| 29 | 2000 Harley Davidson-scheduled | 7,420.00 | 7,000.00 | DA | 7,000.00 | FA |
| 30 | Fiber glass boat-scheduled | 125.00 | 0.00 | DA | 0.00 | FA |
| 31 | Stancato surveying-equipment<br>   The $10,000 recovery also was for the assignment of the Trustee's interest in assets 13, 14 16, 19, 20,35 | 26,210.00 | 10,000.00 | DA | 10,000.00 | FA |
| 32 | Server 2005-lease to purchase-scheduled | 8,050.00 | 0.00 | DA | 0.00 | FA |
| 33 | 2005 Kubota Tractor-scheduled | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 34 | Lawnmower-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 35 | Wood,lathe pipes etc-scheduled<br>   See  asset 31 | 300.00 | 0.00 | DA | 0.00 | FA |
| 36 | 526 N.Washington,Braidwood-secheduled | 276,000.00 | 0.00 | DA | 0.00 | FA |
| 37 | Miscellaneous insurance refunds-unscheduled  (u) | 0.00 | 548.62 | DA | 548.62 | FA |
| 38 | State Farm refund-uscheduled  (u) | 0.00 | 182.78 | DA | 182.78 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 37.37 | Unknown |
| 39 | Assets     Totals (Excluding unknown values) | $1,926,574.60 | $35,180.56 | | $35,217.93 | $0.00 |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20583  
**Case Name:** STANCATO, PAUL R  

**Period Ending:** 12/20/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 08/06/08 (f)  
**§341(a) Meeting Date:** 09/09/08  
**Claims Bar Date:** 12/24/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

The debtor had accounts receivable outstanding,which were liquidated to the extent they were collectible. The Trustee is recommending the remaining balance be abandoned as part of the Final Report, along with a judgment against Walter Cramer.The debtor had two vehicles with a small amount of equity. An auctioneer was appointed to sell the vehicles and they were sold. The Trustee compromised his interest in certain equipment and non-exempt property for $10,000, which sum was for the remainder of the debtor's non-exempt personal property The Trustee filed tax returns.

**Initial Projected Date Of Final Report (TFR):** August 7, 2008  **Current Projected Date Of Final Report (TFR):** December 31, 2012

Case 08-20583    Doc 69    Filed 01/27/12    Entered 01/27/12 09:22:14    Desc Main
Document    Page 6 of 14

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-20583 | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | STANCATO, PAUL R | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****20-65 - Money Market Account |
| Taxpayer ID #: | **-***0714 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/20/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/15/08 | {1} | Stewart Title-Marsuco | Payment of account receivable | 1121-000 | 300.00 | | 300.00 |
| 09/15/08 | {37} | State Farm Autombile Insurance | Payment of account receivable | 1229-000 | 14.23 | | 314.23 |
| 09/15/08 | {37} | State Farm Insurance | Payment of accounts receivable | 1229-000 | 178.88 | | 493.11 |
| 09/15/08 | {1} | EO Crest Lighting | Payment of accounts receivable | 1121-000 | 800.00 | | 1,293.11 |
| 09/15/08 | {1} | Ticor Title Insurance | Payment of accounts receivable | 1121-000 | 400.00 | | 1,693.11 |
| 09/15/08 | {37} | State Farm Insurance | Payment of acount receivable | 1229-000 | 353.65 | | 2,046.76 |
| 09/15/08 | {37} | State Farm insurance | Payment of accounts receivable | 1229-000 | 1.86 | | 2,048.62 |
| 09/15/08 | {1} | Margaret or William Christian | Payment of accounts receivable | 1121-000 | 300.00 | | 2,348.62 |
| 09/15/08 | {1} | Chicago Title | Payent of accounts receivable | 1121-000 | 425.00 | | 2,773.62 |
| 09/15/08 | {1} | Ticor title Insurance | Payment of accounts receivable | 1121-000 | 300.00 | | 3,073.62 |
| 09/15/08 | {1} | First American Title | Payment of accounts receivable | 1121-000 | 300.00 | | 3,373.62 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.18 | | 3,373.80 |
| 10/23/08 | | American Auction Services | Proceeds fomo sale of 3 vehicles | | 11,150.00 | | 14,523.80 |
| | {28} | | | 1,400.00 | 1129-000 | | 14,523.80 |
| | {27} | | | 2,750.00 | 1129-000 | | 14,523.80 |
| | {29} | | | 7,000.00 | 1129-000 | | 14,523.80 |
| 10/28/08 | {8} | Bank Of America | Close out of business account | 1129-000 | 4,514.16 | | 19,037.96 |
| 10/28/08 | {1} | Scott & Beth Senne(invoice to Frank Ryan) | Payment of account receivable | 1121-000 | 300.00 | | 19,337.96 |
| 10/28/08 | {1} | Attorney's Guaranty Fund (invoice to Urban & Burt) | Payment of accouts receivable | 1121-000 | 300.00 | | 19,637.96 |
| 10/28/08 | {1} | Herberger Construction | Payment of account receivable | 1121-000 | 325.00 | | 19,962.96 |
| 10/28/08 | {1} | Ticor Title (invoice to Jahnke & Toolis) | Payment of accouts receivable | 1121-000 | 300.00 | | 20,262.96 |
| 10/28/08 | {1} | Ticor Title ( invoice to Jahnke & Toolis) | Payment of account receivable | 1121-000 | 300.00 | | 20,562.96 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.58 | | 20,563.54 |
| 11/21/08 | 1001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 20,063.54 |
| 11/21/08 | 1002 | Internal Revenue Service | Payment of tax due tax return | 2810-000 | | 225.00 | 19,838.54 |
| 11/21/08 | 1003 | Amrican Auction Associates | Payment of expenses for auctioneer per court order | 3620-000 | | 981.06 | 18,857.48 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.60 | | 18,859.08 |
| 12/22/08 | {31} | TCF Bank | Payment for surveying equipment and all non-exempt personal property | 1129-000 | 10,000.00 | | 28,859.08 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.42 | | 28,860.50 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,861.67 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 28,862.76 |

Subtotals :        $30,568.82        $1,706.06

{} Asset reference(s)

Printed: 12/20/2011 01:02 PM    V.12.57

Case 08-20583    Doc 69    Filed 01/27/12    Entered 01/27/12 09:22:14    Desc Main
Document    Page 7 of 14

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 08-20583  
**Case Name:** STANCATO, PAUL R  
**Taxpayer ID #:** **-***0714  
**Period Ending:** 12/20/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/17/09 | {1} | Swanson & Brown | Payment of A/R 14246 S. Marquette | 1121-000 | 300.00 | | 29,162.76 |
| 03/25/09 | {1} | Law Office of M L Valerius | Payment of A/R 330 Oswego, Park Forest, Illinois | 1121-000 | 275.00 | | 29,437.76 |
| 03/25/09 | {1} | Kevin McCarthy | Payment of A/r 17011 S. Leclaire, Tinley Park, Ill | 1121-000 | 300.00 | | 29,737.76 |
| 03/27/09 | {1} | Chicago Metro Title | Payment of A/r 15548 Greenwood, Dolton, Ilinois | 1121-000 | 475.00 | | 30,212.76 |
| 03/27/09 | {1} | Chicago Metro Title | Payment of A/r 15432 Greenwood, Doton, Illinois | 1121-000 | 475.00 | | 30,687.76 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 30,689.02 |
| 04/07/09 | {1} | Howard Builders Inc | Payment of ARr for Lot 36, Quartz Court, Frankfort, Illinois | 1121-000 | 325.00 | | 31,014.02 |
| 04/13/09 | {1} | Morraine Court Retirment Community | Payment of AR  No property address | 1121-000 | 600.00 | | 31,614.02 |
| 04/22/09 | {1} | David & Katryn Profitt | Payment of AR-16456 Craig Drive, Oak Forest, Illinois | 1121-000 | 300.00 | | 31,914.02 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.27 | | 31,915.29 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 31,916.54 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.38 | | 31,917.92 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 31,919.26 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 31,920.60 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 31,921.90 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 31,923.20 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 31,924.54 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 31,925.88 |
| 01/05/10 | 1004 | Internal Revenue Service | Payment of tax due per tax return | 2810-000 | | 255.00 | 31,670.88 |
| 01/05/10 | 1005 | Gloria Longest | Payment to accountant for preparing tax returns per court order | 3410-000 | | 500.00 | 31,170.88 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 31,172.11 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.18 | | 31,173.29 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.39 | | 31,174.68 |
| 04/01/10 | | DFT Custom transfer | Deposit posted to incorrect case DFT Custom should be Stancato, Paul R. | | 1,568.71 | | 32,743.39 |
| | {1} | | Payment of A/R for 10947 Avenue G., Chicago, Illinois   235.00 | 1121-000 | | | 32,743.39 |
| | {1} | | Payment of A/R for 2241 Florence Drive, Blue   400.00 | 1121-000 | | | 32,743.39 |

Subtotals :   $4,635.63   $755.00

{} Asset reference(s)

Printed: 12/20/2011 01:02 PM   V.12.57

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-20583 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | STANCATO, PAUL R | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-65 - Money Market Account |
| Taxpayer ID #: | **-***0714 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/20/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | Island, Illinois | | | | |
| | {1} | | Payment of A/R for 4230 Prescott, Lyons, Illinois | 400.00 | 1121-000 | | 32,743.39 |
| | {1} | | Payment of A/R for 1318 Argo Lane, Lockport, Illinois | 350.00 | 1121-000 | | 32,743.39 |
| | {38} | | Payment for refund of insurance for 8243 Lincoln | 182.78 | 1229-000 | | 32,743.39 |
| | Int | | Interest received on account from DFT after reversal of deposit 01/22/09 through 03/31/10 | 0.93 | 1270-000 | | 32,743.39 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.22 | | 32,743.61 |
| 04/06/10 | | Wire out to BNYM account 9200******2065 | Wire out to BNYM account 9200******2065 | 9999-000 | -32,743.61 | | 0.00 |
| | | | ACCOUNT TOTALS | | 2,461.06 | 2,461.06 | $0.00 |
| | | | Less: Bank Transfers | | -32,743.61 | 0.00 | |
| | | | Subtotal | | 35,204.67 | 2,461.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $35,204.67 | $2,461.06 | |

{} Asset reference(s)

Printed: 12/20/2011 01:02 PM    V.12.57

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-20583  
**Case Name:** STANCATO, PAUL R  

**Taxpayer ID #:** **-***0714  
**Period Ending:** 12/20/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/20/2011 01:02 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-20583  
**Case Name:** STANCATO, PAUL R  
**Taxpayer ID #:** **-***0714  
**Period Ending:** 12/20/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******20-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2065 | Wire in from JPMorgan Chase Bank, N.A. account ********2065 | 9999-000 | 32,743.61 | | 32,743.61 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.56 | | 32,745.17 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.95 | | 32,747.12 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.89 | | 32,749.01 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.94 | | 32,750.95 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.95 | | 32,752.90 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,753.16 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,753.43 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,753.69 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,753.96 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,754.23 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 32,754.48 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,754.75 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,755.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,755.28 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,755.54 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,755.81 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,756.08 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.28 | 32,679.80 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -51.28 | 32,731.08 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,731.34 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.23 | 32,664.11 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,664.38 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.88 | 32,599.50 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,599.76 |
| 11/30/11 | 11006 | IRS-Department of Treasury | Payment of monies for share of wage earners claims per court order | 2810-000 | | 3,322.44 | 29,277.32 |
| 11/30/11 | 11007 | Illinois Department of Revenue | Payment for wage earner claims per court order | 2820-000 | | 690.93 | 28,586.39 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.45 | 28,514.94 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 32,756.87 | 4,241.93 | $28,514.94 |
| Less: Bank Transfers | | 32,743.61 | 0.00 | |
| **Subtotal** | | **13.26** | **4,241.93** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$13.26** | **$4,241.93** | |

{} Asset reference(s)

Printed: 12/20/2011 01:02 PM    V.12.57

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 08-20583  
**Case Name:** STANCATO, PAUL R  

**Taxpayer ID #:** **-***0714  
**Period Ending:** 12/20/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******20-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts : 35,217.93  
Net Estate : $35,217.93

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****20-65** | 35,204.67 | 2,461.06 | 0.00 |
| **Checking # ***-*****20-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******20-65** | 13.26 | 4,241.93 | 28,514.94 |
| **Checking # 9200-******20-66** | 0.00 | 0.00 | 0.00 |
| | **$35,217.93** | **$6,702.99** | **$28,514.94** |

{} Asset reference(s)  
Printed: 12/20/2011 01:02 PM  V.12.57

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-20583
Case Name: STANCATO, PAUL R
Trustee Name: MICHAEL G. BERLAND

**Balance on hand:** $ 28,514.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  28,514.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 4,043.23 | 0.00 | 4,043.23 |
| Trustee, Expenses - MICHAEL G. BERLAND | 52.38 | 0.00 | 52.38 |
| Accountant for Trustee, Fees - Gloria Longest | 200.00 | 0.00 | 200.00 |

Total to be paid for chapter 7 administration expenses:  $  4,295.61
Remaining balance:  $  24,219.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  24,219.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $106,557.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Department of the Treasury, Internal Revenue Service | 88,611.06 | 0.00 | 12,081.16 |
| 10P-2 | Illinois Department of Revenue Bankruptcy Section | 2,197.20 | 0.00 | 299.56 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 11P | Illinois Department of Revenue Bankruptcy Section | 4,928.00 | 0.00 | 617.34 |
| 13 | Gary Cservenyak | 4,860.19 | 0.00 | 4,860.19 |
| 14 | Gale C Harmon | 3,441.00 | 0.00 | 3,441.00 |
| 15 | Mike Harmon | 2,920.08 | 0.00 | 2,920.08 |

Total to be paid for priority claims: $ 24,219.33
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,991.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | PYOD LLC assignee of Citibank/co Resurgent Capital Services | 12,660.08 | 0.00 | 0.00 |
| 2 | Discover Bank/DFS Services LLC | 11,745.25 | 0.00 | 0.00 |
| 3 -2 | CHASE BANK USA, NA | 21,928.69 | 0.00 | 0.00 |
| 4U | Department of the Treasury, Internal Revenue Service | 22,091.34 | 0.00 | 0.00 |
| 5 | ComEd, Banruptcy Section | 393.72 | 0.00 | 0.00 |
| 6 | American Express Bank FSBc/ Beckett & Lee LLP | 17,007.75 | 0.00 | 0.00 |
| 7 | American Express Bank FSBc/o Beckett & Lee | 23,282.70 | 0.00 | 0.00 |
| 9 | LCEC | 16.81 | 0.00 | 0.00 |
| 10U-2 | Illinois Department of Revenue Bankruptcy Section | 244.00 | 0.00 | 0.00 |
| 11U | Illinois Department of Revenue Bankruptcy Section | 621.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**