UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STANCATO, PAUL R § Case No. 08-20583
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/09/2012 in Courtroom 201,
        United States Courthouse
        Will County Court Annex Building
        57 N. Ottawa Street, Suite 201, Joliet, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/26/2012          By: /s/ Michael G. Berland
                                                              Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
STANCATO, PAUL R § Case No. 08-20583
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 35,218.35 |
| and approved disbursements of | $ | 6,702.99 |
| leaving a balance on hand of[1] | $ | 28,515.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | United Leasing Assoc of America | $ 2,566.86 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 28,515.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 4,043.23 | $ 0.00 | $ 4,043.23 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 52.38 | $ 0.00 | $ 52.38 |
| Accountant for Trustee Fees: Gloria Longest | $ 200.00 | $ 0.00 | $ 200.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,295.61 |
| Remaining Balance | $ | 24,219.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 106,557.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Department of the Treasury, Internal Revenue | $ 88,611.06 | $ 0.00 | $ 12,081.54 |
| 10P | Illinois Department of Revenue Bankruptcy Section | $ 0.00 | $ 0.00 | $ 0.00 |
| 10P-2 | Illinois Department of Revenue Bankruptcy Section | $ 2,197.20 | $ 0.00 | $ 299.57 |
| 11P | Illinois Department of Revenue Bankruptcy Section | $ 4,528.00 | $ 0.00 | $ 617.37 |
| 13 | Gary Cservenyak | $ 4,860.19 | $ 0.00 | $ 4,860.19 |
| 14 | Gale C Harmon | $ 3,441.00 | $ 0.00 | $ 3,441.00 |
| 15 | Mike Harmon | $ 2,920.08 | $ 0.00 | $ 2,920.08 |

Total to be paid to priority creditors       $  24,219.75

Remaining Balance       $  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,991.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC assignee of Citibank/co Resurgent Capital | $ 12,660.08 | $ 0.00 | $ 0.00 |
| 2 | Discover Bank/DFS Services LLC | $ 11,745.25 | $ 0.00 | $ 0.00 |
| 3 | CHASE BANK USA, NA | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 -2 | CHASE BANK USA, NA | $ 21,928.69 | $ 0.00 | $ 0.00 |
| 4U | Department of the Treasury, Internal Revenue | $ 22,091.34 | $ 0.00 | $ 0.00 |
| 5 | ComEd, Banruptcy Section | $ 393.72 | $ 0.00 | $ 0.00 |
| 6 | American Express Bank FSBc/ Beckett & Lee LLP | $ 17,007.75 | $ 0.00 | $ 0.00 |
| 7 | American Express Bank FSBc/o Beckett & Lee | $ 23,282.70 | $ 0.00 | $ 0.00 |
| 9 | LCEC | $ 16.81 | $ 0.00 | $ 0.00 |
| 10U | Illinois Department of Revenue Bankruptcy Section | $ 0.00 | $ 0.00 | $ 0.00 |
| 10U-2 | Illinois Department of Revenue Bankruptcy Section | $ 244.00 | $ 0.00 | $ 0.00 |
| 11U | Illinois Department of Revenue Bankruptcy Section | $ 621.00 | $ 0.00 | $ 0.00 |
| 12 | Gary Cservenyak | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $          0.00

Remaining Balance     $          0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                                            Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 08-20583-BWB
Paul R Stancato                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster           Page 1 of 3              Date Rcvd: Jan 30, 2012
                              Form ID: pdf006           Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2012.
```
db          +Paul R Stancato,    590 N. Washington St.,    Braidwood, IL 60408-1771
aty         +John M Cannon,    17730 S Oak Park Ave,    Tinley Park, IL 60477-3918
12492010    +AT & T,   PO BOX 8212,    Aurora, IL 60572-8212
12492011    +AT Business Solutions,    2936 Bernice Road,    Lansing, IL 60438-1283
12492006    +Abetter Door and Window,    9960 W. 191st Street Unit F,    Mokena, IL 60448-8642
12492007    +American Express,    c/o Becket and Lee,   Po Box 3001,    Malvern, PA 19355-0701
12724489     American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
12492009    +American Marketing & Publishing LLC,    PO Box 982,    Dekalb, IL 60115-0982
12492014    +C3 Corp,    PO Box 575, Ste. 1,    8012 West Lincoln Highway,    Frankfort, IL 60423-9410
14349707     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12492025    +CT Bookkeeping,    19622 South Wolf Road,    Mokena, IL 60448-1306
12492015    +Cannon Law Firm,    PO Box 295,   Wilmington, IL 60481-0295
12492016    +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
12492017    +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12492018    +Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
12492019    +Citi Residental Lendin,    505 City Parkway West,    Orange, CA 92868-2924
12492020    +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12492022    +Comcast Cable,    PO box 3002,    Southeastern, PA 19398-3002
12492023    +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
              Simi Valley, CA 93062-5170
12492028    +Dutton & Dutton, P.C.,    10325 West Lincoln Highway,    Frankfort, IL 60423-1280
12492030    +Equity LifeStyle Properties, Inc.,    Lake Fairways County Club,    19371 Tamiami Trail,
              North Fort Myers, FL 33903-1246
12492032    +Falso Solutions,    PO Box 77404,   Trenton, NJ 08628-6404
12713028    +Gale C Harmon,    19960 Thorndale,    Frankfort, IL 60423-8388
12940293    +Gale C Harmon,    19960 Thorndale Dr,    Farnkfort, IL 60423-8388
12713029    +Gary Cservenyak,    11226 N600E,    Demotte, IN 46310-8710
12492033     Guardian Life Insurance,    36507 Treasury Center,    Chicago, IL 60694-6500
12492034    +HSBC Card Services,    P.O. Box 80026,    Salinas, CA 93912-0026
12713031    +Ice Mountain Direct,    6661 Dixie Hwy, Ste 4,    Louisville, KY 40258-3950
12492035    +Illinois Department of Employment,    PO Box 4385,    Chicago, IL 60680-4385
12492036     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
12492038    +Johnson Water Softener,    220 West St. Charles,    Villa Park, IL 60181-2497
12492040    +Kluever & Platt, LLC,    65 E. Wacker Place,    Suite 2300,    Chicago, IL 60601-7244
12492042     LCEC,   PO box 31477,    Tampa, FL 33631-3477
12492043     Linebarger Goggan Blair & Sampson,    Attorneys at Law,    PO Box 06140,    Chicago, IL 60606-0140
12713030    +Michael Harmon,    19960 Thorndale,    Frankfort, IL 60423-8388
12492044    +Michael Weglowski,    31358 South Center,    Peotone, IL 60468-9599
12940294    +Mike Harmon,    19960 Thorndale Dr,    Frankfort, IL 60423-8388
12492046    +NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
12492045    +Nationwide Credit, Inc.,    3010 Corporate Way,    Miramar, FL 33025-6547
12492052    +Occupant,    526 North Washington,    Braidwood, IL 60408-1771
12492051    +Occupant,    8251 West Lincoln Highway,    Frankfort, IL 60423-9418
12492053    +Occupant,    8243 - 45 West Lincoln Hwy,    Frankfort, IL 60423-9418
12492056    +PIERCE & ASSOCIATES,    1 NORTH DEARBORN,    THIRTEENTH FLOOR,    Chicago, IL 60602-4373
12492055    +Park Management,    Odyssey Club Umbrella Assoc.,    7030 Centennial Drive,
              Tinley Park, IL 60477-1649
12492059    +Sprint,    PO Box 8077,    London, KY 40742-8077
12492060   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit,    P.O. Box 5855,    Carol Stream, IL 60197)
12492063    +Triad Financial Services,    4336 Pablo Oaks Ct.,    Jacksonville, FL 32224-9631
12492064    +United Collection Bureau, Inc.,    5620 Southwyck Blvd.,    Suite 206,    Toledo, OH 43614-1501
12492067   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:  Wachovia Dealer Services,     PO Box 25341,    Santa Ana, CA 92799-5341)
12492068     Walter R. Cramer,    37150 Zilm Road,   Wilmington, IL 60481
12492069    +Washington Mutual Mortgage,    Attn: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
              Jacksonville, FL 32256-6851
12492070    +Will County Treasurer,    302 North Chicago,    Joliet, IL 60432-4059
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12492012    +E-mail/Text: ACF-EBN@acf-inc.com Jan 31 2012 03:23:27     Atlantic Credit & Finance, Inc.,
              P.O. Box 13386,    Roanoke, VA 24033-3386
12492013    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Jan 31 2012 03:23:02     Aurora Loan Services,
              Attn: Bankruptcy,    Po Box 1706,    Scottsbluff, NE 69363-1706
12695766    +E-mail/Text: bncmail@w-legal.com Jan 31 2012 04:29:34     CHASE BANK USA,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12492021     E-mail/Text: legalcollections@comed.com Jan 31 2012 03:05:41     Com Ed,    BillPayment Center,
              Chicago, IL 60668-0001
12716722    +E-mail/Text: legalcollections@comed.com Jan 31 2012 03:05:41     ComEd,    ComEd Co,
              2100 Swift Drive,    Attn Bankruptcy Section Revenue Mgmt,    Oakbrook, IL 60523-1559
12492024    +E-mail/Text: clerical.department@yahoo.com Jan 31 2012 03:23:32     Creditors Collection B,
              755 Almar Pkwy,    Bourbonnais, IL 60914-2393
12492026     E-mail/Text: CustomerNoticesEast@dexknows.com Jan 31 2012 03:39:05     DEX,
              AT & T Real Yellow Pages,    8519 Innovation Way,    Chicago, IL 60682-0085
```

```
District/off: 0752-1           User: gbeemster              Page 2 of 3                  Date Rcvd: Jan 30, 2012
                               Form ID: pdf006              Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12675874      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2012 04:54:51
               Discover Bank/DFS Services LLC,   POB 3025,   New Albany Ohio 43054-3025
12492027      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2012 04:54:51     Discover Financial,
               Attention:  Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
12492037       E-mail/Text: cio.bncmail@irs.gov Jan 31 2012 03:00:43      Department of the Treasury,
               INTERNAL REVENUE SERVICE,   P O Box 21126,   Philadelphia, PA 19114
12492046      +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 31 2012 04:31:26
               NCO Financial Systems Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
12492048      +E-mail/Text: bankrup@nicor.com Jan 31 2012 03:03:03     Nicor Gas,
               Attention:  Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
12668851       E-mail/Text: resurgentbknotifications@resurgent.com Jan 31 2012 03:02:40
               PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12492058      +E-mail/Text: bankruptcy@pb.com Jan 31 2012 03:05:44     Pitney Bowes,   PO Box 856390,
               Louisville, KY 40285-6390
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12492008*    +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
12724490*     American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12492029*    +Dutton & Dutton, P.C.,   10325 West Lincoln Highway,   Frankfort, IL 60423-1280
12827066*     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
12492039*    +Johnson Water Softener,   220 West St. Charles,   Villa Park, IL 60181-2497
12492041*    +Kluever & Platt, LLC,   65 E. Wacker Place,   Suite 2300,   Chicago, IL 60601-7244
12492049*    +Nicor Gas,   Attention:  Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
12492057*    +PIERCE & ASSOCIATES,   1 NORTH DEARBORN,   THIRTEENTH FLOOR,   Chicago, IL 60602-4373
12492066*     United Leasing Assoc of America,   Attn: Natalie,   3275 Intertech Dr., Ste 100,
               Brookfield, WI 53045-5143
12492071*    +Will County Treasurer,   302 North Chicago,   Joliet, IL 60432-4059
12492031    ##+Fairway Townhomes @ the Odyssey,   C/O HSR Propert Services, LLC,   8771 Laraway Road,
               Frankfort, IL 60423-9704
12492047    ##+NCO FInancial Systems, Inc.,   PO Box 61247 - Dept 64,   Virginia Beach, VA 23466-1247
12492050    ##+North Fort Myers Utility Inc,   5660 Bayshore Road,   PO Box 2547,   Fort Myers, FL 33902-2547
12492054    ##+Option One Mortgage Co,   4600 Touchton Road East,   Building 200  Suite 102,
               Jacksonville, FL 32246-4410
12492061    ##+Transworld Systems,   2235 Mercury Way, Ste. 275,   PO Box 1864,   Santa Rosa, CA 95402-1864
12492062    ##+Transworld Systems,   25 Northwest Point Blvd., #750,   Elk Grove Village, IL 60007-1058
12492065     ##United Leasing Assoc of America,   Attn: Natalie,   3275 Intertech Dr., Ste 100,
               Brookfield, WI 53045-5143
                                                                                   TOTALS: 0, * 10, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2012**                       **Signature:**   *Joseph Speetjens*

Case 08-20583   Doc 74   Filed 01/30/12   Entered 02/01/12 23:36:09   Desc Imaged
Certificate of Notice   Page 8 of 8

```
District/off: 0752-1          User: gbeemster            Page 3 of 3                   Date Rcvd: Jan 30, 2012
                              Form ID: pdf006            Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2012 at the address(es) listed below:

```
          Marc  Wagman    on behalf of Creditor   Washington Mutual Bank marc@practicinglaw4u.com,
           marcwagman@yahoo.com
          Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert W. Greene    on behalf of Creditor   Option One Mortgage Corporation rgreene@kandpllc.com,
           rwgbk2@comcast.net
          Terri M Long    on behalf of Creditor   Wachovia Retail Courts@tmlong.com
          Thomas W Toolis    on behalf of Debtor Paul Stancato twt@jtlawllc.com,
           lld@jtlawllc.com;axb@jtlawllc.com
          Timothy R Yueill    on behalf of Creditor   CitiResidential Lending, Inc. timothyy@nevellaw.com
          Yanick  Polycarpe    on behalf of Creditor   Countrywide Home Loans, Inc.
           ypolycarpe@atty-pierce.com,   northerndistrict@atty-pierce.com
                                                                                              TOTAL: 8
```