# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STANCATO, PAUL R | § | Case No. 08-20583 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. BERLAND _____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | UNITED LEASING ASSOC OF AMERICA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| IRS-Department of Treasury | | | | | |
| Internal Revenue Service | | | | | |
| Internal Revenue Service | | | | | |
| Illinois Department of Revenue | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLORIA LONGEST | | | | | |
| Gloria Longest | | | | | |
| Gloria Longest | | | | | |
| Amrican Auction Associates | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE MAIL STOP 5010 CHI 230 SOUTH DEARBORN Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | GALE C HARMON | | | | | |
| 13 | GARY CSERVENYAK | | | | | |
| 15 | MIKE HARMON | | | | | |
| 4P | DEPARTMENT OF THE TREASURY, INTERNA | | | | | |
| 10P | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 10P-2 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 11P | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T PO BOX 8212 Aurora, IL 60572 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT Business Solutions 2936 Bernice Road Lansing, IL 60438 | | | | | |
| | C3 Corp PO Box 575, Ste. 1 8012 West Lincoln Highway Frankfort, IL 60423 | | | | | |
| | CT Bookkeeping 19622 South Wolf Road Mokena, IL 60448 | | | | | |
| | Cannon Law Firm PO Box 295 Wilmington, IL 60481 | | | | | |
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Citi P.o. Box 6500 Sioux Falls, SD 57117 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Com Ed BillPayment Center Chicago, IL 60668-0001 | | | | | |
| | Comcast Cable PO box 3002 Southeastern, PA 19398 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | |
| | DEX AT & T Real Yellow Pages 8519 Innovation Way Chicago, IL 60682-0085 | | | | | |
| | Dutton & Dutton, P.C. 10325 West Lincoln Highway Frankfort, IL 60423 | | | | | |
| | Equity LifeStyle Properties, Inc. Lake Fairways County Club 19371 Tamiami Trail North Fort Myers, FL 33903 | | | | | |
| | Falso Solutions PO Box 77404 Trenton, NJ 08628 | | | | | |
| | Guardian Life Insurance 36507 Treasury Center Chicago, IL 60694-6500 | | | | | |
| | HSBC Card Services P.O. Box 80026 Salinas, CA 93912 | | | | | |
| | Johnson Water Softener 220 West St. Charles Villa Park, IL 60181 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Linebarger Goggan Blair & Sampson Attorneys at Law PO Box 06140 Chicago, IL 60606-0140 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| | North Fort Myers Utility Inc 5660 Bayshore Road PO Box 2547 Fort Myers, FL 33902 | | | | | |
| | Occupant 526 North Washington Braidwood, IL 60408 | | | | | |
| | Occupant 8243 - 45 West Lincoln Hwy Frankfort, IL 60423 | | | | | |
| | Occupant 8251 West Lincoln Highway Frankfort, IL 60423 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PIERCE & ASSOCIATES 1 NORTH DEARBORN THIRTEENTH FLOOR Chicago, IL 60602 | | | | | |
| | Park Management Odyssey Club Umbrella Assoc. 7030 Centennial Drive Tinley Park, IL 60477 | | | | | |
| | Pitney Bowes PO Box 856390 Louisville, KY 40285-6042 | | | | | |
| | Sprint PO Box 8077 London, KY 40742 | | | | | |
| | Transworld Systems 2235 Mercury Way, Ste. 275 PO Box 1864 Santa Rosa, CA 95407-5413 | | | | | |
| | Triad Financial Services 4336 Pablo Oaks Ct. Jacksonville, FL 32224 | | | | | |
| | Walter R. Cramer 37150 Zilm Road Wilmington, IL 60481 | | | | | |
| 6 | AMERICAN EXPRESS BANK FSBC/ BECKETT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS BANK FSBC/O BECKET | | | | | |
| 3 | CHASE BANK USA, NA | | | | | |
| 3 -2 | CHASE BANK USA, NA | | | | | |
| 5 | COMED, BANRUPTCY SECTION | | | | | |
| 4U | DEPARTMENT OF THE TREASURY, INTERNA | | | | | |
| 2 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 12 | GARY CSERVENYAK | | | | | |
| 10U | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 10U-2 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 11U | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 9 | LCEC | | | | | |
| 1 | PYOD LLC ASSIGNEE OF CITIBANK/CO RE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 08-20583   BL   Judge: Bruce W. Black |
| Case Name: | STANCATO, PAUL R |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 08/06/08 (f) |
| 341(a) Meeting Date: | 09/09/08 |
| Claims Bar Date: | 12/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Accounts receivable--surveying business-schedule | 40,515.00 | 8,785.00 | DA | 8,785.00 | FA |
| The Trustee is requesting that any remaining accounts receivable be deemed abandoned  in the Final Report since they are uncollectible. | | | | | |
| 2. 8251 Lincoln Highway-scheduled | 286,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 590 N. Washington, Braidwood, Il-scheduled | 375,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 8231 Lincoln Highway, frankfort, Il-scheduled | 288,450.00 | 0.00 | DA | 0.00 | FA |
| 5. 8243/54 Liinclon Highway,Frankfort,Il-shceduled | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 19393 Deer Creek,Ft Myers,Fla-scheduled | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 73 Iliad Drive,Tinley Park, Il-scheduled | 282,093.00 | 0.00 | DA | 0.00 | FA |
| 8. Bank Of  America-Business-scheduled | 244.00 | 4,514.16 | | 4,514.16 | FA |
| LaSalle Bank was taken over by Bank Of America | | | | | |
| 9. LaSalle Bank-Personal-scheduled | 493.00 | 0.00 | DA | 0.00 | FA |
| 10. 1st United,Frankfort, Il-scheduled | 48.00 | 0.00 | DA | 0.00 | FA |
| 11. United leasing-scheduled | 427.81 | 0.00 | DA | 0.00 | FA |
| 12. Commonweath Edison-Security Deposit-scheduled | 170.00 | 0.00 | DA | 0.00 | FA |
| 13. Personal property-residence-schedued | 8,400.00 | 0.00 | DA | 0.00 | FA |
| See asset 31 | | | | | |
| 14. Piano-scheduled | 7,800.00 | 0.00 | DA | 0.00 | FA |
| See asste 31 | | | | | |
| 15. Rental property-mobile home-scheduled | 1,750.00 | 0.00 | DA | 0.00 | FA |
| 16. Kinkade paintings, video tapes etc-scheduled | 3,160.00 | 0.00 | DA | 0.00 | FA |
| See asset 31 | | | | | |
| 17. Clothing-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 18. Miscellaneous furs & jewelry-scheduleld | 300.00 | 0.00 | DA | 0.00 | FA |
| 19. Treadmill,workout bench-scheduled | 1,700.00 | 0.00 | DA | 0.00 | FA |
| See asset 31 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

Case No:        08-20583      BL   Judge: Bruce W. Black
Case Name:   STANCATO, PAUL R

Trustee Name:                            MICHAEL G. BERLAND
Date Filed (f) or Converted (c):     08/06/08 (f)
341(a) Meeting Date:                  09/09/08
Claims Bar Date:                       12/24/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. Toy trains-scheduled   See asset 31 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 21. 401-scheduled | 2,225.51 | 0.00 | DA | 0.00 | FA |
| 22. ESOP-safe harbor-scheduled | 43,898.28 | 0.00 | DA | 0.00 | FA |
| 23. Sole proprietorship-surveyng business-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 24. Walter Cramer suit-scheduled   Special counsel for the Trustee has not been able to collect on a judgment for $30,000 and the trustee does not believe that the bankruptcy estate should remain open. since no monies have been collected,Therefore, the Trustee requests that his interest in the judgment be deemed abandoned as part of the Final Report. | 27,825.00 | 0.00 | DA | 0.00 | FA |
| 25. Stancato surviving customer list-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 26. 2004 Toyota Tundra-scheduled | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 27. 2002 Chevy S-10-scheduled | 3,370.00 | 2,750.00 | DA | 2,750.00 | FA |
| 28. 2004 U-Haul trailer-scheduled | 500.00 | 1,400.00 | DA | 1,400.00 | FA |
| 29. 2000 Harley Davidson-scheduled | 7,420.00 | 7,000.00 | DA | 7,000.00 | FA |
| 30. Fiber glass boat-scheduled | 125.00 | 0.00 | DA | 0.00 | FA |
| 31. Stancato surveying-equipment   The $10,000 recovery also was for the assignment of the Trustee's interest in assets 13, 14 16, 19, 20,35 | 26,210.00 | 10,000.00 | DA | 10,000.00 | FA |
| 32. Server 2005-lease to purchase-scheduled | 8,050.00 | 0.00 | DA | 0.00 | FA |
| 33. 2005 Kubota Tractor-scheduled | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 34. Lawnmower-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 35. Wood,lathe pipes etc-scheduled   See asset 31 | 300.00 | 0.00 | DA | 0.00 | FA |
| 36. 526 N.Washington,Braidwood-secheduled | 276,000.00 | 0.00 | DA | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| Case No: | 08-20583 | BL | Judge: Bruce W. Black |
|---|---|---|---|
| Case Name: | STANCATO, PAUL R | | |

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Date Filed (f) or Converted (c): | 08/06/08 (f) |
| 341(a) Meeting Date: | 09/09/08 |
| Claims Bar Date: | 12/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 37. Miscellaneous insurance refunds-unscheduled (u) | 0.00 | 548.62 | DA | 548.62 | FA |
| 38. State Farm refund-uscheduled (u) | 0.00 | 182.78 | DA | 182.78 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 37.61 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,926,574.60 | $35,180.56 | | $35,218.17 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

 The debtor had accounts receivable outstanding,which were liquidated to the extent they were collectible. The Trustee
is recommending the remaining balance be abandoned as part of the Final Report, along with a judgment against Walter
Cramer.The debtor had two vehicles with a small amount of  equity. An auctioneer was appointed to sell the vehicles and
they were sold.  The Trustee compromised his interest in certain equipment and non-exempt property for $10,000, which
sum was for the remainder of the debtor's non-exempt personal property The Trustee filed tax returns. The Trustee has
filed his Final Report with the US Trustees Office

Initial Projected Date of Final Report (TFR): 08/07/08        Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-20583  -BL | |
| Case Name: | STANCATO, PAUL R | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2065  Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******0714 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312198812065 | Wire in from JPMorgan Chase Bank, N.A. account 312198812065 | 9999-000 | 32,743.61 | | 32,743.61 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.56 | | 32,745.17 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.95 | | 32,747.12 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.89 | | 32,749.01 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.94 | | 32,750.95 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.95 | | 32,752.90 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 32,753.16 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 32,753.43 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 32,753.69 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 32,753.96 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 32,754.23 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 32,754.48 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 32,754.75 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 32,755.01 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 32,755.28 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 32,755.54 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 32,755.81 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 32,756.08 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.28 | 32,679.80 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -51.28 | 32,731.08 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 32,731.34 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.23 | 32,664.11 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 32,664.38 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.88 | 32,599.50 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 32,599.76 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.45 | 32,528.31 |
| 11/30/11 | 011006 | IRS-Department of Treasury | Payment of monies for share of | 2810-000 | | 3,322.44 | 29,205.87 |

Page Subtotals                    32,756.87            3,551.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-20583 -BL |
| Case Name: | STANCATO, PAUL R |
| Taxpayer ID No: | *******0714 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2065 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | 011007 | Illinois Department of Revenue | wage earners claims per court order Payment for wage earner claims per court order | 2820-000 | | 690.93 | 28,514.94 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 28,515.18 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 28,515.36 |
| 01/25/12 | | Transfer to Acct #*******5130 | Bank Funds Transfer | 9999-000 | | 28,515.36 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 32,757.29 | 32,757.29 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 32,743.61 | 28,515.36 | |
| | | Subtotal | 13.68 | 4,241.93 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 13.68 | 4,241.93 | |

Page Subtotals    0.42    29,206.29

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 08-20583  -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | STANCATO, PAUL R | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******2066  Checking Account |
| Taxpayer ID No: | *******0714 | | | |
| For Period Ending: | 08/09/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

Page Subtotals                0.00                0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-20583  -BL | |
| Case Name: | STANCATO, PAUL R | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2065  Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******0714 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/15/08 | 1 | Stewart Title-Marsuco | Payment of account receivable | 1121-000 | 300.00 | | 300.00 |
| | | | DEPOSIT CHECK #1065475 | | | | |
| 09/15/08 | 37 | State Farm Autombile Insurance | Payment of account receivable | 1229-000 | 14.23 | | 314.23 |
| | | | DEPOSIT CHECK #10133172P | | | | |
| 09/15/08 | 37 | State Farm Insurance | Payment of accounts receivable | 1229-000 | 178.88 | | 493.11 |
| | | | DEPOSIT CHECK #101133156P | | | | |
| 09/15/08 | 1 | EO Crest Lighting | Payment of accounts receivable | 1121-000 | 800.00 | | 1,293.11 |
| | | | Payment of Bart Cramer AR | | | | |
| | | | DEPOSIT CHECK #426332 | | | | |
| 09/15/08 | 1 | Ticor Title Insurance | Payment of accounts receivable | 1121-000 | 400.00 | | 1,693.11 |
| | | | DEPOSIT CHECK #9533089760 | | | | |
| 09/15/08 | 37 | State Farm Insurance | Payment of acount receivable | 1229-000 | 353.65 | | 2,046.76 |
| | | | Janke & Toolis AR 310 Kay, Manhattan, Illinois | | | | |
| | | | DEPOSIT CHECK #101132828P | | | | |
| 09/15/08 | 37 | State Farm insurance | Payment of accounts receivable | 1229-000 | 1.86 | | 2,048.62 |
| | | | DEPOSIT CHECK #101853263 | | | | |
| 09/15/08 | 1 | Margaret or William Christian | Payment of accounts receivable | 1121-000 | 300.00 | | 2,348.62 |
| | | | DEPOSIT CHECK #4971 | | | | |
| 09/15/08 | 1 | Chicago Title | Payent of accounts receivable | 1121-000 | 425.00 | | 2,773.62 |
| | | | Payment of Roberta Conwell | | | | |
| | | | DEPOSIT CHECK #851125388 | | | | |
| 09/15/08 | 1 | Ticor title Insurance | Payment of accounts receivable | 1121-000 | 300.00 | | 3,073.62 |
| | | | DEPOSIT CHECK #9533089749 | | | | |
| 09/15/08 | 1 | First American Title | Payment of accounts receivable | 1121-000 | 300.00 | | 3,373.62 |
| | | | DEPOSIT CHECK #14810064 | | | | |
| 09/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.18 | | 3,373.80 |
| 10/23/08 | | American Auction Services | Proceeds fomo sale of 3 vehicles | | 11,150.00 | | 14,523.80 |
| | 28 | | Memo Amount:          1,400.00 | 1129-000 | | | |

|  | Page Subtotals | 14,523.80 | 0.00 |
|---|---|---|---|

Ver: 16.06d

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

FORM 2

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-20583  -BL |
| Case Name: | STANCATO, PAUL R |
| | |
| Taxpayer ID No: | *******0714 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2065  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 27 | | Memo Amount:          2,750.00 | 1129-000 | | | |
| | 29 | | Memo Amount:          7,000.00 | 1129-000 | | | |
| 10/28/08 | 8 | Bank Of America | Close out of business account | 1129-000 | 4,514.16 | | 19,037.96 |
| | | | DEPOSIT CHECK #1300428 | | | | |
| 10/28/08 | 1 | Scott & Beth Senne(invoice to Frank Ryan) | Payment of account receivable | 1121-000 | 300.00 | | 19,337.96 |
| | | | DEPOSIT CHECK #1700 | | | | |
| 10/28/08 | 1 | Attorney's Guaranty Fund (invoice to Urban & Burt) | Payment of accouts receivable | 1121-000 | 300.00 | | 19,637.96 |
| | | | DEPOSIT CHECK #20249805 | | | | |
| 10/28/08 | 1 | Herberger Construction | Payment of account receivable | 1121-000 | 325.00 | | 19,962.96 |
| | | | DEPOSIT CHECK #3008 | | | | |
| 10/28/08 | 1 | Ticor Title (invoice to Jahnke & Toolis) | Payment of accouts receivable | 1121-000 | 300.00 | | 20,262.96 |
| | | | DEPOSIT CHECK #9533090151 | | | | |
| 10/28/08 | 1 | Ticor Title ( invoice to Jahnke & Toolis) | Payment of account receivable | 1121-000 | 300.00 | | 20,562.96 |
| | | | DEPOSIT CHECK #9533089957 | | | | |
| 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.58 | | 20,563.54 |
| 11/21/08 | 001001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 20,063.54 |
| 11/21/08 | 001002 | Internal Revenue Service | Payment of tax due tax return | 2810-000 | | 225.00 | 19,838.54 |
| 11/21/08 | 001003 | Amrican Auction Associates | Payment of expenses for auctioneer per court order | 3620-000 | | 981.06 | 18,857.48 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.60 | | 18,859.08 |
| 12/22/08 | 31 | TCF Bank | Payment for surveying equipment and all non-exempt personal property  Asset recovery also relates to assets 13, 14, 16, 19, 20, 35  DEPOSIT CHECK #3000123063 | 1129-000 | 10,000.00 | | 28,859.08 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.42 | | 28,860.50 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,861.67 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 28,862.76 |

Page Subtotals          16,045.02          1,706.06

Ver: 16.06d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 08-20583  -BL |
|---|---|
| Case Name: | STANCATO, PAUL R |

| Taxpayer ID No: | *******0714 |
| For Period Ending: | 08/09/12 |

| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2065  Money Market Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/17/09 | 1 | Swanson & Brown | Payment of A/R 14246 S. Marquette DEPOSIT CHECK #6867 | 1121-000 | 300.00 | | 29,162.76 |
| 03/25/09 | 1 | Law Office of M L Valerius | Payment of A/R 330 Oswego, Park Forest, Illinois DEPOSIT CHECK #4632 | 1121-000 | 275.00 | | 29,437.76 |
| 03/25/09 | 1 | Kevin McCarthy | Payment of A/r 17011 S. Leclaire, Tinley Park, Ill DEPOSIT CHECK #4997 | 1121-000 | 300.00 | | 29,737.76 |
| 03/27/09 | 1 | Chicago Metro Title | Payment of A/r 15548 Greenwood, Dolton, Ilinois DEPOSIT CHECK #7744 | 1121-000 | 475.00 | | 30,212.76 |
| 03/27/09 | 1 | Chicago Metro Title | Payment of A/r 15432 Greenwood, Doton, Illinois DEPOSIT CHECK #7743 | 1121-000 | 475.00 | | 30,687.76 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 30,689.02 |
| 04/07/09 | 1 | Howard Builders Inc | Payment of ARr for Lot 36, Quartz Court, Frankfort, Illinois DEPOSIT CHECK #7646 | 1121-000 | 325.00 | | 31,014.02 |
| 04/13/09 | 1 | Morraine Court Retirment Community | Payment of AR  No property address DEPOSIT CHECK #22194 | 1121-000 | 600.00 | | 31,614.02 |
| 04/22/09 | 1 | David & Katryn Profitt | Payment of AR-16456 Craig Drive, Oak Forest, Illinois DEPOSIT CHECK #612 | 1121-000 | 300.00 | | 31,914.02 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.27 | | 31,915.29 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 31,916.54 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.38 | | 31,917.92 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 31,919.26 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 31,920.60 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 31,921.90 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 31,923.20 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 31,924.54 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 31,925.88 |
| 01/05/10 | 001004 | Internal Revenue Service | Payment of tax due per tax return | 2810-000 | | 255.00 | 31,670.88 |

Page Subtotals: 3,063.12    255.00

Ver: 16.06d

FORM 2   Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-20583  -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | STANCATO, PAUL R | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******2065  Money Market Account |
| Taxpayer ID No: | *******0714 | | | |
| For Period Ending: | 08/09/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/05/10 | 001005 | Gloria Longest | Payment to accountant for preparing tax returns per court order | 3410-000 | | 500.00 | 31,170.88 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.23 | | 31,172.11 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.18 | | 31,173.29 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.39 | | 31,174.68 |
| 04/01/10 | | DFT Custom transfer | Deposit posted to incorrect case DFT Custom should be Stancato, Paul R. | | 1,568.71 | | 32,743.39 |
| | 1 | | Memo Amount:          235.00  Payment of A/R for 10947 Avenue G.,  Payment of A/R for 10947 Avenue G., Chicago, Illinois | 1121-000 | | | |
| | 1 | | Memo Amount:          400.00  Payment of A/R for 2241 Florence Dr  Payment of A/R for 2241 Florence Drive, Blue Island, Illinois | 1121-000 | | | |
| | 1 | | Memo Amount:          400.00  Payment of A/R for 4230 Prescott, L  Payment of A/R for 4230 Prescott, Lyons, Illinois | 1121-000 | | | |
| | 1 | | Memo Amount:          350.00  Payment of A/R for 1318 Argo Lane,  Payment of A/R for 1318 Argo Lane, Lockport, Illinois | 1121-000 | | | |
| | 38 | | Memo Amount:          182.78  Payment for refund of insurance for  Payment for refund of insurance for 8243 Lincoln | 1229-000 | | | |
| | 9999 | | Memo Amount:          0.93  Interest received on account from D  Interest received on account from DFT after  reversal of deposit 01/22/09 through 03/31/10 | 1270-000 | | | |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.22 | | 32,743.61 |

Page Subtotals          1,572.73          500.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

Ver: 16.06d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

Exhibit 9

| Case No: | 08-20583 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | STANCATO, PAUL R | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******2065 Money Market Account |
| Taxpayer ID No: | *******0714 | | | |
| For Period Ending: | 08/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/10 | | Wire out to BNYM account 000198812065 | JPMORGAN CHASE BANK, N.A. Wire out to BNYM account 000198812065 | 9999-000 | | 32,743.61 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 12,718.71 | COLUMN TOTALS | | 35,204.67 | 35,204.67 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 35,204.67 | 35,204.67 | |
| Memo Allocation Net: | 12,718.71 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 35,204.67 | 35,204.67 | |

Page Subtotals                    0.00          32,743.61

Ver: 16.06d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

FORM 2

Page:   9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-20583  -BL | |
| Case Name: | STANCATO, PAUL R | |
| | | |
| Taxpayer ID No: | *******0714 | |
| For Period Ending: | 08/09/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2066  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals                    0.00                    0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

Exhibit 9

Case No:       08-20583  -BL
Case Name:     STANCATO, PAUL R

Taxpayer ID No:  *******0714
For Period Ending:  08/09/12

Trustee Name:        MICHAEL G. BERLAND
Bank Name:           Congressional Bank
Account Number / CD #:   *******5130  Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 01/25/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-003 | -0.18 | | -0.18 |
| * 01/25/12 | INT | Reverses Interest on 01/25/12 | INTEREST REC'D FROM BANK | 1270-003 | 0.18 | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******2065 | Bank Funds Transfer | 9999-000 | 28,515.36 | | 28,515.36 |
| 03/14/12 | 001001 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Trustee Expenses | 2200-000 | | 52.38 | 28,462.98 |
| 03/14/12 | 001002 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Trustee Compensation | 2100-000 | | 4,043.23 | 24,419.75 |
| 03/14/12 | 001003 | Gloria Longest | Claim 16, Payment 100.00000% | 3410-000 | | 200.00 | 24,219.75 |
| 03/14/12 | 001004 | Gary Cservenyak 11226 N600E Demotte, IN  46310 | Claim 13, Payment 100.00000% | 5300-000 | | 4,860.19 | 19,359.56 |
| 03/14/12 | 001005 | Gale C Harmon 19960 Thorndale Dr Farnkfort, IL  60423 | Claim 14, Payment 100.00000% | 5300-000 | | 3,441.00 | 15,918.56 |
| 03/14/12 | 001006 | Mike Harmon 19960 Thorndale Dr Frankfort, IL  60423 | Claim 15, Payment 100.00000% | 5300-000 | | 2,920.08 | 12,998.48 |
| 03/14/12 | 001007 | Department of the Treasury, Internal Revenue Service P O Box 21126 Philadelphia, PA  19114 | Claim 4P, Payment 13.63417% | 5800-000 | | 12,081.38 | 917.10 |
| 03/14/12 | 001008 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL  60664-0338 | Claim 10P-2, Payment 13.63417% | 5800-000 | | 299.57 | 617.53 |
| 03/14/12 | 001009 | Illinois Department of Revenue Bankruptcy Section | Claim 11P, Payment 13.63405% | 5800-000 | | 617.35 | 0.18 |

Page Subtotals     28,515.36     28,515.18

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   11

Exhibit 9

| Case No: | 08-20583  -BL |
| Case Name: | STANCATO, PAUL R |
| Taxpayer ID No: | *******0714 |
| For Period Ending: | 08/09/12 |

| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5130  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/17/12 | INT | P.O. Box 64338 Chicago, IL  60664-0338 Congressional Bank | INTEREST REC'D FROM BANK | 1270-000 | -0.18 | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 28,515.18 | 28,515.18 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 28,515.36 | 0.00 | |
| | | Subtotal | | -0.18 | 28,515.18 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | -0.18 | 28,515.18 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 12,718.71 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******2065 | 13.68 | 4,241.93 | 0.00 |
| | | Checking Account - *******2066 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 12,718.71 | Money Market Account - *******2065 | 35,204.67 | 35,204.67 | 0.00 |
| | | Checking Account - *******2066 | 0.00 | 0.00 | 0.00 |
| | | Checking Account - *******5130 | -0.18 | 28,515.18 | 0.00 |
| | | | 35,218.17 | 67,961.78 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          -0.18          0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 26)*